MCGREGOR W. SCOTT
UNITED STATES ATTORNEY

DARRIN K. JOHNS
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
95 ABW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | MOTION AND ORDER FOR DISMISSAL |
| Plaintiff, | |
| v. | CASE NO.: 5:07-mj-00005 TAG |
| REBECCA D. HICKS, | MAGISTRATE JUDGE THERESA A. GOLDNER |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss the Complaint against Rebecca D. Hicks, with prejudice, in the interest of justice.

Respectfully Submitted

McGregor W. Scott
United States Attorney

DATED: April 5, 2007

By _____
Darrin K. Johns
Special Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the case against Rebecca D. Hicks, Case No.: 5:07-mj-00005 TAG, be dismissed, with prejudice, in the interest of justice.

DATED this 11th day of April, 2007.

*/s/ Theresa A. Goldner*

THERESA A. GOLDNER

UNITED STATES MAGISTRATE JUDGE